■ ALLISON RODRIGUEZ et al., Appellants, v VALLEY TRANSIT, INC., et al., Respondents. [712 NYS2d 355] —In an action to recover damages for personal injuries, the plaintiffs appeal from a judgment of the Supreme Court, Nassau County (DiNoto, J.), entered February 17, 1999, which, upon a jury verdict in favor of the defendants, *inter alia,* is in favor of the defendants and against them, dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiffs' contention, the verdict was not against the weight of the evidence, but was supported by a fair interpretation of the evidence (*see, Nicastro v Park,* 113 AD2d 129). The plaintiffs' remaining contentions are either unpreserved for appellate review, without merit, or do not warrant reversal. Bracken, J. P., Sullivan, Altman and Krausman, JJ., concur.

■ ELLIOT M. RUDICK, Respondent, v ALBINA GOLDBETTER, Appellant. [712 NYS2d 356] —In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Kings County (Rappaport, J.), dated June 9, 1999, which, *inter alia,* denied her motion for leave to enter a judgment against the plaintiff upon his default in replying to her counterclaims and granted the plaintiff's cross motion for leave to serve his reply to the counterclaims.

Ordered that the order is affirmed, with costs.

Under the circumstances, taking into account the short delay by the plaintiff in replying to the defendant's counterclaims, the lack of prejudice to the defendant, and the strong public policy in favor of resolving actions on their merits, the Supreme Court properly exercised its discretion in denying the defendant's motion for leave to enter judgment against the plaintiff upon his default in replying to her counterclaims and in granting the plaintiff's motion for leave to serve his reply to the counterclaims (*see, Munoz v Quarex, Inc.,* 236 AD2d 595). Goldstein, J. P., McGinity, Luciano and Smith, JJ., concur.